NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6317 / Fax: 702.388.6418
jim.fang@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  VINCENT OKOYE and  JASMINE-ROYSHELL KANISHA BLACK,  Defendants. | Case No: 2:20-cr-201-GMN-BNW  Government's Motion to Quash Arrest Warrants |

On October 27, 2020, the government presented a superseding criminal indictment to the grand jury in the above-captioned matter, for which the grand jury returned a true bill. ECF No. 23. The superseding indictment charged the existing defendant, Vincent Okoye, with additional criminal offenses, and charged a new defendant, Jasmine-Royshell Kanisha Black, with various criminal offenses. As Okoye is already in federal custody pursuant to a pretrial detention order in this case, ECF No. 14, and Black was previously charged by complaint in Case No. 2:20-mj-896-VCF and released on bond follow her initial appearance, Case No. 2:20-mj-896, ECF No. 7, the government intended to only request a summons be issued to Black in this case following the grand jury return. According to the docket, the Honorable Magistrate Judge Cam Ferenbach has already scheduled arraignment

and plea for Black on November 3, 2020, at 1:00 p.m. Case No. 2:20-mj-896, ECF No. 8. To the extent a summons is required, the government respectfully asks this Court to issue a summons for Black's appearance at the arraignment and plea.

However, the government was notified by the Marshal's Office that two sealed arrest warrants were issued against Okoye and Black after the grand jury return. Because the government did not intend for their issuance, the government respectfully asks this Court to quash and vacate these warrants, ECF Nos. 26 & 27.

Dated this 28th day of October, 2020.

        NICHOLAS A. TRUTANICH
        United States Attorney

By: *s/ Jim W. Fang*
    JIM W. FANG
    Assistant United States Attorney
    Counsel for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> VINCENT OKOYE and <br> JASMINE-ROYSHELL KANISHA BLACK, <br><br> Defendants. | Case No. 2:20-cr-201-GMN-BNW <br><br> **ORDER** |

IT IS ORDERED that the arrest warrants issued against Defendant Vincent Okoye, ECF No. 26, and Defendant Jasmine-Royshell Kanisha Black, ECF No. 27, are hereby vacated.  Defendant Black is hereby summoned to appear before the Honorable Magistrate Judge Cam Ferenbach on November 3, 2020, at 1:00 p.m. in Courtroom 3D for arraignment and plea.

By: _____
JUDGE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE